UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED

OCT 8 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

No. 7:03-M-168

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
KATHY D. TRIMM )

Leave of court is granted for the filing of the foregoing
dismissal.

_10·7·2010_
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE